[PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

No. 08-15590

(D.C. Docket No. 07-00243-CV-3-LAC-EMT)

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 10, 2010
JOHN LEY
CLERK

WYON DALE CHILDERS,

                                                                    Petitioner-Appellant,

versus

WILLIE L. FLOYD, Warden,
Glades Correctional Institution,,

                                                                    Respondent-Appellee.

--------------------------
On Appeal from the United States District Court for the
Northern District of Florida
--------------------------

(Opinion June 8, 2010, 608 F.3d 776, 11th Cir. 2010)

(November 10, 2010)

Before DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.